**Cynthia CURRY; Tim Curry, Plaintiffs–Appellants,**

v.

**HEB FOOD STORES, INC.; Charles Butt; Dan E. Butt, Defendants–Appellees.**

No. 04–50152.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 6, 2004.

Eric Joseph Davis, William Lloyd Nealy, II, Houston, TX, for Plaintiffs–Appellants.

Sherrard Lee Hayes, Christopher Gregory Jacobs, Fulbright & Jaworski, Austin, TX, for Defendant–Appellee.

Before REAVLEY, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM: *

Summary judgment was properly granted by the district court based on the rea-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be

soning in the magistrate's report and recommendations. The issue of whether the district court abused its discretion in denying Plaintiffs' motion for extension of time was not raised in the notice of appeal and is therefore waived.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.